TRAVELERS INSURANCE COMPANY, Respondent, *v.* HYMAN
SHACHNER, Appellant.

Argued April 13, 1939; decided May 16, 1939.

*George R. Brennan* for appellant.

*Eugene T. O'Neill, Charles A. Metz* and *William J.
Moran* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.